**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01462-CV**

**IN RE CAROL M. KAM**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-01368-3**

**ORDER**

Based on the Court's opinion of this date, we **DENY** the petition for writ of

mandamus. We **ORDER** Carol M. Kam to bear the costs of this original

proceeding.

/s/     ERIN A. NOWELL
        JUSTICE